# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL    'O'

| Case No. | 2:16-cv-00305-CAS (JEMx) | Date | August 7, 2017 |
|---|---|---|---|
| Title | JANE DOE V. LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| JonathanNielsen | Lucien Schmit, III |
| Terrence Jones | Drew Antablin |

**Proceedings:** TELEPHONE STATUS CONFERENCE RE: SEALED PETITION FOR COURT APPROVAL OF COMPROMISE

(IN CHAMBERS) - HENNIG RUIZ P.C.'S MOTION TO INTERVENE (Dkt. 176, Filed August 4, 2017)

Hearing held and counsel for Jane Doe, Los Angeles Unified School District, Paul Revere Charter Middle School and Magnet Center, Steven Carnine, Thomas Iannucci, and Christopher Perdigao appeared telephonically. Doe's guardian at litem, John Doe, also appeared telephonically.

The Court is in receipt of Hennig Ruiz P.C.'s motion to intervene as well as the proposed complaint in intervention. Dkt. 176. Neither Hennig Ruiz P.C. nor its representative was present for the status conference. Hennig Ruiz P.C. "solely seek[s] Intervention as to Plaintiff's Expedited Petition for Court Approval of the Compromise of Disputed Claim," docket number 171.[1]  Dkt. 176-4 ¶ 19.

---

[1] Hennig Ruiz P.C.'s proposed intervenor's complaint states that it seeks to intervene regarding plaintiff's petition for Court approval of compromise, but refers to the petition as "Dkt No. 164." Dkt. 176-4 ¶ 19. Docket number 164 in this matter is not the petition. Docket number 164 is a sealed declaration in support of plaintiff's second application to file the petition for Court approval of compromise under seal. See dkt.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     **'O'**

| Case No. | 2:16-cv-00305-CAS (JEMx) | Date | August 7, 2017 |
|---|---|---|---|
| Title | JANE DOE V. LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. | | |

Hennig Ruiz's motion to intervene is **GRANTED**. The Complaint in Intervention is deemed filed today.

**No later than August 15, 2017**, Hennig Ruiz P.C. is ordered to file a memorandum, and any supporting evidence, setting forth its position regarding its attorney's lien and plaintiff's petition for approval of the compromise in this matter.

**No later than August 22, 2017**, plaintiff may file a responsive memorandum and any supporting evidence. If any defendants wish to be heard on this matter, they shall file a responsive brief no later than **August 24, 2017**.

The Court hereby schedules a hearing on plaintiff's petition for approval of compromise on **September 11, 2017** at 10:00 a.m. Insofar as they elect not to file any briefing on this matter, defendants will be permitted to appear telephonically.

IT IS SO ORDERED.

|  | 00 | 14 |
|---|---|---|
| Initials of Preparer | | CMJ |

cc: Magistrate Judge Karen L. Stevenson

---

164. On June 13, 2017, the Court ordered that plaintiff may file the petition itself under seal, dkt. 166, and on July 13, 2017, plaintiff filed the petition under seal, dkt. 171. The Court assumes, for purposes of this order, that Hennig Ruiz P.C. seeks to intervene *only* in regard to plaintiff's petition for Court approval of compromise (i.e. docket number 171) and not to dispute whether the petition should have been filed under seal here.