| | | |
|---|---|---|
| 1 | **NIELSEN, PETERSON & NIELSEN LLP**<br>Jonathan Nielsen (SBN: 239416) | JS-6 |
| 2 | Kirt J. Peterson (SBN: 245071)<br>Tanner Nielsen (SBN: 294525) | |
| 3 | 520 W. 5th St., Ste. B<br>Oxnard, CA 93030 | |
| 4 | Telephone: (805) 639-8600 | |
| 5 | Facsimile: (805) 228-4669 | |
| 6 | Attorneys for Plaintiff,<br>Jane Doe, by and through her Guardian Ad Litem John Doe | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, a minor, by and through her Guardian Ad Litem, JOHN DOE; | ) | Case No.: 2:16-CV-00305 CAS (JEMx) |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER ON PETITION FOR COURT APPROVAL OF THE COMPROMISE OF DISPUTED CLAIM** |
| v. | ) | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, a public entity; PAUL REVERE CHARTER MIDDLE SCHOOL AND MAGNET CENTER, a public charter school; STEVEN CARNINE, in his personal capacity; THOMAS IANUCCI in his personal capacity, and in his official capacity as Assistant Principal of Paul Revere Middle School; CHRISTOPHER PERDIGAO in his personal capacity, and in his official capacity as Principal of Paul Revere Middle School; MICHELLE KING in her official capacity as Superintendent of Los Angeles Unified School District, and RAMON CORTINES in his official capacity for acts taken while superintendent of LAUSD | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

1   It is hereby ORDERED, that:

2   The Court having reviewed the Plaintiff's Petition and Amended Petition for
3   Court Approval of the Compromise of Disputed Claim orders as follows:

4   The $215,000.00 which represents the Settlement in this matter shall be
5   distributed as follows:

6   - $26,364.45 shall be paid to Nielsen, Peterson & Nielsen LLP
7   - $25,899.95 shall be paid to The Law Office of Terrence Jones
8   - $77,000.00 shall be paid to Hennig Ruiz P.C.
9   - $60,000.00 shall be distributed to John Doe as Guardian Ad Litem for Jane
10     Doe for payment of Jane Doe's education and athletic expenses
11  - $25,735.60 shall be deposited into a blocked account until Plaintiff Jane Doe
12    reaches the age of eighteen (18). Plaintiff to provide the Court with proof of
13    deposit into a blocked account.

14  IT IS SO ORDERED

16  Dated: September 28, 2017

*Christina A. Snyder*
Christina A. Snyder
UNITED STATES DISTRICT JUDGE