Terrence Jones (Cal. Bar No. 256603)
THE LAW OFFICE OF TERRENCE JONES
6737 Bright Avenue, Suite B6
Whittier, California 90601
213.863.4490 | terrence@jonesonlaw.com

Jonathan Nielsen (Cal. Bar No. 239416)
NIELSEN, PETERSON & NIELSEN LLP
520 W. 5th Street, Suite B
Oxnard, California 93030
805.639.8600 | jonathan@npnlaw.com

Attorneys for Plaintiff JANE DOE, a minor,
by and through her Guardian Ad Litem, JOHN DOE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JANE DOE**, a minor, by and through her Guardian Ad Litem, JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>**LOS ANGELES UNIFIED SCHOOL DISTRICT**, *et al.*,<br><br>    Defendants. | Case No: CV16-0305 CAS (JEMx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. Christina A. Snyder<br>United States District Judge |

1     **WHEREFORE**, on May 1, 2017, before Karen Stevenson, U.S. Magistrate
2 Judge, Plaintiff Jane Doe, by and through her Guardian Ad Litem, John Doe
3 ("Plaintiff"), and Defendants, Los Angeles Unified School District, Paul Revere
4 Middle School and Magnet Center, Thomas Iannucci, Christopher Perdigao, and
5 Steven Carnine ("Defendants"), reached an agreement, in principle, to resolve this
6 matter short of trial by settling each of Plaintiff's claims as against each Defendant.

7     **WHEREFORE**, on June 2, 2017, the parties consummated their agreement
8 in writing to resolve this matter by executing a Settlement Agreement and General
9 Release ("Settlement Agreement").

10     **WHEREFORE**, on September 28, 2017, the Court, having reviewed and
11 considered the parties' Settlement Agreement, as well as Plaintiff's Petition for
12 Court Approval of the Compromise of Disputed Claim, and issued an Order
13 approving the same.

14     **NOW**, **THEREFORE**, Plaintiff and Defendants stipulate and agree that this
15 action shall be dismissed in its entirety, with prejudice, in accordance with the
16 terms and conditions of their Settlement Agreement.

17 / / /
18 / / /

| | | |
|---|---|---|
| DATED: | November 16, 2017 | THE LAW OFFICE OF TERRENCE JONES<br>NIELSEN, PETERSON & NIELSEN LLP |

　　　　　　　　　　　　　／s／ *Terrence M. Jones*

Attorneys for Plaintiff JANE DOE, a minor, by and through her Guardian Ad Litem, JOHN DOE

| | | |
|---|---|---|
| DATED: | November 16, 2017 | ALBRIGHT, YEE & SCHMIT, APC |

　　　　　　　　　　　　　／s／ *Lucien Schmit*

Attorneys for Defendants Los Angeles Unified School District, Paul Revere Middle School and Magnet Center, Thomas Iannucci, Christopher Perdigao

| | | |
|---|---|---|
| DATED: | November 16, 2017 | ANTABLIN & BRUCE |

　　　　　　　　　　　　　／s／ *Drew Antablin*

Attorneys for Defendant Steven Carnine