**CLOSED**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JANE DOE**, a minor, by and through her Guardian Ad Litem, JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>**LOS ANGELES UNIFIED SCHOOL DISTRICT**, *et al*.,<br><br>Defendants. | Case No: CV16-0305-CAS (JEMx)<br><br>**ORDER DISMISSING ACTION**<br><br>Hon. Christina A. Snyder<br>United States District Judge |

This Court, having read and considered the "Stipulation of Dismissal" entered into between Plaintiff Jane Doe, by and through her Guardian Ad Litem, John Doe, and Defendants, Los Angeles Unified School District, Paul Revere Middle School and Magnet Center, Thomas Iannucci, Christopher Perdigao, and

///

///

Steven Carnine, and finding good cause therefor, hereby orders that this action shall be dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated this <u>17th</u> day of the month of November, 2017.

_____
**THE HONORABLE CHRISTINA A. SNYDER**
**UNITED STATES DISTRICT JUDGE**